UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

William P. Gress

                    Plaintiff,

v.                                         Case No.: 1:19–cv–08509
                                                       Honorable John J. Tharp Jr.

LoanMe, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 29, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties' notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [28], this matter is concluded. Plaintiff's individual claims against defendants LoanMe, Inc. and Kabbage, Inc. are dismissed with prejudice, and the putative class claims against LoanMe, Inc. and Kabbage, Inc. are dismissed without prejudice. Per the plaintiff's notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), defendants John Does 1–10 are dismissed from this case. All future dates and deadlines are stricken; all pending motions are denied as moot. Civil Case Terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.